929 A.2d 630

**Darryl CLAYBOURNE, Petitioner,**

v.

**PHILADELPHIA COURT OF COMMON PLEAS et al., Respondents.**

**No. 78 EM 2007**

Supreme Court of Pennsylvania.

July 10, 2007.

### ORDER

PER CURIAM.

**AND NOW,** this 10th day of July, 2007, the Application for Leave to File Original Process is granted and the Petition for Writ of Habeas Corpus is denied.